TUPPER & COMPANY *et al. v.* SOUTHERN CEMENT STONE COMPANY.

LUMPKIN, J. The verdict was supported by the evidence, and there was no error in overruling the motion for a new trial.
                    *Judgment affirmed. All the Justices concur.*
                              JANUARY 23, 1913.

Attachment. Before Judge Conyers. Glynn superior court. November 11, 1911.

*Bolling Whitfield,* for plaintiffs in error.
*D. W. Krauss,* contra.